**2007–1967.   Internatl. Bhd. of Electrical Workers, Local No. 8 v. Court of Common Pleas.**
In Procedendo. This cause originated in this court on the filing of a complaint for a writ of procedendo. Upon consideration of the joint application for dismissal,
It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006–2056.   State ex rel. Mun. Constr. Equipment Operators' Labor Council v. Cleveland.**
In Mandamus. Referred for resolution of the pending motion for attorney fees.

**2007–2275.   State ex rel. Metcalfe v. Indus. Comm.**
Franklin App. No. 06AP–830, 2007-Ohio-6180.